

**U. S. Department of Justice**

*United States Attorney*
*Eastern District of North Carolina*

U.S. Attorney's Office
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601

Telephone (919) 856-4530
Criminal FAX (919) 856-4487
Civil FAX (919) 856-4821
www.usdoj.gov/usao/nce

## NOTICE OF RELATED CASES

DATE:     April 11, 2023

TO:        United States District Court
            Eastern District of North Carolina
            Raleigh, North Carolina 27601

FROM:    CAROLINE L. WEBB
            KATHERINE S. ENGLANDER
            Assistant U.S. Attorneys

SUBJECTS: United States v. Brian Christopher Campbell
            Docket No. 4:23CR24   - Eastern Division

The above-named case is being charged by Indictment. The Indictment charges one count of conspiracy to distribute and possess with the intent to distribute fentanyl and methamphetamine, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), one count of possession with the intent to distribute methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c), and one count of possession of a firearm by a felon, in violation of Title 18, United States Code, 922(g)(1) and 924.

An Indictment that was previously filed in this District, *United States v. Ivan Leonardo Medina-Beltran, et al.* (Docket No. 4:22-CR-75-D) is related to this newly-indicted case in that the matters arise out of the same conspiracy and common scheme and would require substantial duplication of labor if heard by different judges. See EDNC Local Criminal Rule 50.1(a).

Reviewed and approved by:

MICHAEL F. EASLEY, JR.
United States Attorney