# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

UNITED STATES OF AMERICA

    V.

BRIAN CHRISTOPHER CAMPBELL

**WARRANT FOR ARREST**

**CRIMINAL CASE: 4:23-CR-24-1-BM**

RECEIVED
By USMS-E/NC at 3:40 pm, Apr 12, 2023

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**BRIAN CHRISTOPHER CAMPBELL** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information __ Complaint

____ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 1 - 21 U.S.C. § 846: Conspiracy to Distribute and Possess With the Intent to Distribute Four Hundred (400) Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl and Five Hundred (500) Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine
Count 2 - 21 U.S.C. § 841(a)(1): Possess With the Intent to Distribute a Quantity of Methamphetamine
Count 3 - 18 U.S.C. § 924(c)(1)(A): Possession of a Firearm in Furtherance of a Drug Trafficking Crime
Count 4 - 18 U.S.C. §§ 922(g)(1) and 924: Possession of a Firearm by a Convicted Felon

Peter A. Moore, Jr.
Name of Issuing Officer

*Carson Pendergr* (signature)
Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

APRIL 11, 2023 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at | | |
| DATE RECEIVED<br>04/12/2023 | NAME AND TITLE OF ARRESTING OFFICER<br><br>R. Kirkman, DUSM | NAME AND TITLE OF ARRESTING<br><br>*S. Bowyer, USMS* |
| DATE OF ARREST<br>05/01/2023 | | |

FILED
DATE 5.1.23 LMA
PETER A. MOORE JR CLERK
USDISTRICT COURT, EDNC